```
Fill in this information to identify the case:

United States Bankruptcy Court for the:

_____ District of _____
                              (State)
Case number (if known): _____  Chapter _____
```

FILED
OCT 22 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

24-24743

#0.00

10:00AM

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: Capital Properties and Home Services LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Jennifer Martha Littell

3. **Debtor's federal Employer Identification Number (EIN)**: 87-1739175

4. **Debtor's address**

   **Principal place of business**
   26 Ness Court
   Number    Street

   Sacramento   CA   95826
   City         State  ZIP Code

   Sacramento
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

Debtor　__Jennifer Littell_____　　Case number *(if known)*_____
　　　　　　Name

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*
   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*
   　　☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.　District _____　When _____　Case number _____
   　　　　　　　　　　　　　　　　　　　MM / DD / YYYY
   　　　　　　District _____　When _____　Case number _____
   　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor **Jennifer Littell**
Name

Case number (if known) _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
   District _____ When ___/___/_____
   Case number, if known _____

   List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this* district?**

   Check all that apply:

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☐ No
   ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☒ Other **The Money Brokers Inc has filed a sale date of 10/24/2024 for the property.**

   Where is the property? **26 Ness Court**
   Number  Street

   **Sacramento**  **CA 95826**
   City  State ZIP Code

   **Is the property insured?**

   ☐ No
   ☒ Yes. Insurance agency **Hippo Insurance - Fair Plan**
   Contact name **N/A**
   Phone **Hippo Insurance - (800)585-0705**
   **CA Fair Plan: (800) 339-4099**

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

   Check one:
   ☒ Funds will be available for distribution to unsecured creditors. *Per the pending refinance of 26 Ness Ct, Sacramento CA 95826
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☒ 1-49
   ☐ 50-99
   ☐ 100-199
   ☐ 200-999
   ☐ 1,000-5,000
   ☐ 5,001-10,000
   ☐ 10,001-25,000
   ☐ 25,001-50,000
   ☐ 50,001-100,000
   ☐ More than 100,000

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 3

Debtor  **Jennifer Littell**  Case number *(if known)* _____
      Name

**15. Estimated assets**
- ☒ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **10/22/2024**
      MM / DD / YYYY

X *Jennifer Littell*      **Jennifer Littell**
Signature of authorized representative of debtor      Printed name

Title **Owner**

**18. Signature of attorney**

X _____  Date _____
Signature of attorney for debtor      MM / DD / YYYY

Printed name _____

Firm name _____

Number _____ Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email address _____

Bar number _____ State _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4